UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MOSHE LEFKOWITZ,<br>　　　　Plaintiff,<br><br>v.<br><br>WALTER REISSMAN, MARKETWISE TRADING, INC., BLACKRIVER PETROLEUM, LLC, SADDLE RIVER CAPITAL CORP., DOES 1-10, and CORPORATE DOES 1-10,<br>　　　　Defendants. | CIVIL ACTION<br>NO.: 12-cv-8703-RA-DCF |

## DECLARATION OF SAMUEL KARPEL, ESQ. IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST DEFENDANT BLACKRIVER PETROLEUM, LLC

I, Samuel Karpel, an attorney admitted to practice before this Honorable Court, and the Courts of the State of New York, hereby declare the following:

1. I am an Associate at the law office of Mendel Zilberberg & Associates, P.C., counsel to the Plaintiff Moshe Lefkowitz.

2. Attached to this Affirmation as Exhibit 1 is a true and accurate copy of the Plaintiff's Amended Complaint, dated April 18, 2014.

3. Attached to this Affirmation as Exhibit 2 is a true and accurate copy of the Defendant Blackriver Petroleum, LLC's Answer to Plaintiff's Amended Complaint, dated March 28, 2014.

4. Attached to this Affirmation as Exhibit 3 is a true and accurate copy of the Plaintiff's First Set of Interrogatories Propounded Upon The Defendant Blackriver Petroleum, LLC, dated September 3, 2014.

5.   Attached to this Affirmation as Exhibit 4 is a true and accurate copy of the Defendant Blackriver Petroleum, LLC's Response to Plaintiff's First Set of Interrogatories Upon The Defendant Blackriver Petroleum, LLC, dated October 15, 2014[1].

6.   Attached to this Affirmation as Exhibit 5 is a true and accurate copy of an "Account QuickReport" from Blackriver Petroleum, LLC's Quickbooks accounting records produced within Exhibit G of Defendant Blackriver Petroleum, LLC's Response to Request for Production of Documents.

7.   Attached to this Affirmation as Exhibit 6 is a true and accurate copy of an Asset Purchase Agreement between Blackriver Petroleum, LLC as seller, and Ameroil Corp., as purchaser dated April 30, 2009, produced within Exhibit H of Defendant Blackriver Petroleum, LLC's Response to Request for Production of Documents.

8.   Attached to this Affirmation as Exhibit 7 is a true and accurate copy of Plaintiff's First Request for Admissions To Defendant Blackriver Petroleum, LLC, dated January 13, 2014.

9.   Attached to this Affirmation as Exhibit 8 is a true and accurate copy of Defendant Blackriver Petroleum, LLC's Response to Plaintiff's First Set of Requests for Admission[2].

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 8, 2014.

_____
SAMUEL KARPEL

---

[1] The Defendant's Response to Interrogatories does not set forth the individual interrogatories, therefore, in order to cross-reference each response and interrogatory, the Plaintiff's First Set of Interrogatories are provided.
[2] The Defendant's Response to Request for Admission does not set forth the individual requests, therefore, in order to cross-reference each response and request, the Plaintiff's Request for Admission are provided.

## CERTIFICATE OF SERVICE

      I hereby certify that on August 8, 2014, I electronically filed the foregoing document using the CM/ECF system which will send notification of such filing to the e-mail addresses registered in the CM/ECF system, as denoted on the Electronic Mail Notice List, and I hereby certify that I have also caused to be mailed a paper copy of the foregoing document via the United States Postal Service to the Defendants' counsel.

                                                     /s/ Samuel Karpel
                                                  SAMUEL KARPEL