Case 1:12-cv-08703-RA-DCF   Document 56   Filed 08/13/14   Page 1 of 1



**Mendel Zilberberg & Associates, P.C.**
ATTORNEYS AT LAW

**MEMO ENDORSED**

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/14/14

August 13, 2014

Defendants shall have until September 3, 2014, to file their opposition, and Plaintiff shall have until September 17, 2014, to file his reply.

*Via e-mail (Abrams_NYSDChambers@nysd.uscourts.gov) and ECF*

Hon. Ronnie Abrams, U.S.D.J.
U.S. District Court, Southern District of New York
40 Foley Square, Room 2203
New York, NY 10007

SO ORDERED:

_____
HON. RONNIE ABRAMS
UNITED STATES DISTRICT JUDGE
8/14/14

Re:   *Moshe Lefkowtiz v. Walter Reissman, et al.*
      *Federal District Court, Southern Dist. of New York, Docket No. 12-CIV-8703*

Dear Judge Abrams:

   This firm is counsel to the Plaintiff Moshe Lefkowitz. Please accept this letter as a response to Defendants' counsel, Bruce W. Minsky's letter to Your Honor filed on ECF and e-mailed to Chambers today, August 13, 2014 at approximately 6:23 P.M., requesting an extension of time to respond to the Plaintiff's Motion for Partial Summary Judgment.

   Apparently, earlier today, at 11:36 A.M., Defendants' counsel sent me an e-mail requesting that I agree to an extension of Defendants' time to respond to the Plaintiff's Motion for Partial Summary Judgment. As I was unable to adequately confer with Plaintiff's lead counsel in the case, Mendel Zilberberg, as he was out of the office today, I was not able to immediately respond to Defendants' counsel's e-mailed request.

   We do <u>not</u> object to Defendants' counsel's request to extend the time to respond to Plaintiff's Motion for Partial Summary Judgment. However, given other commitments, we respectfully request that the Plaintiff's reply shall be due on September 17, 2014 (instead of September 10, 2014).

   Thank you for your consideration in this matter.

Respectfully submitted,

Mendel Zilberberg & Associates, PC
By: Samuel Karpel

cc: Bruce W. Minsky, Esq. (Via e-mail and ECF)

6619 Thirteenth Avenue, Brooklyn, NY 11219   Phone: 718.256.2000   Fax: 718.256.7900
New York • New Jersey